**Opinion issued January 28, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00926-CV

————————————

## ELIJAH SMITH, Appellant

## V.

## BIG BASS RESORT, Appellee

---

### On Appeal from the County Civil Court at Law No. 2
### Harris County, Texas
### Trial Court Case No. 1037700

---

## MEMORANDUM OPINION

Appellant, Elijah Smith, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of

Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.